856 A.2d 26

IN THE MATTER OF ANTONIO M. DE LA CARRERA, AN
ATTORNEY AT LAW (ATTORNEY NO. 016471974).

September 9, 2004.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–116, concluding that **ANTONIO M. De La CARRERA of PATERSON,** who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(a) (negligent misappropriation of funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping deficiencies), *RPC* 4.1(a)(1) (false statement of material fact to third person), *RPC* 4.1(a)(2) (failure to disclose material fact to third person when disclosure is necessary to avoid assisting a criminal or fraudulent act by a client), *RPC* 8.4(a) (violating Rules of Professional Conduct), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ANTONIO M. De La CARRERA** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.